DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICIO R. VALCARCEL,**
Appellant,

v.

**ROCIO DEL PILAR VALCARCEL,**
Appellee.

No. 4D22-3257

[May 31, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. FMCE 21-005693 (33) (93).

Ronald L. Bornstein of Ronald L. Bornstein, P.A., Greenacres, for appellant.

No appearance for appellee.

PER CURIAM.

The husband in a pending divorce appeals two nonfinal orders: an order adopting a general magistrate's recommended order regarding temporary timesharing with the children and an order adopting a hearing officer's recommended order regarding temporary child support.

The husband timely moved to vacate the recommended orders and requested a hearing pursuant to Florida Family Law Rules of Procedure 12.490(e) and 12.491(f). Three days later, without holding a hearing as required by these rules, the trial court adopted the recommended orders.

Hearings on motions to vacate under rules 12.490 and 12.491 are intended to protect the opposing party's due process rights and are mandatory. *Oliva v. Oliva*, 357 So. 3d 1266, 1268 (Fla. 3d DCA 2023).

Accordingly, the orders adopting the recommended orders of the general magistrate and hearing officer are reversed and remanded for further proceedings.

*Reversed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**